IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
: Chapter 11
In re: :
: Case No. 17-12226 (MFW)
MAC HOLDING LLC,[1] :
: (Substantively Consolidated)
      Reorganized Debtor. :
: **Hearing Date: TBD (Only if responses are received)**
: **Obj. Deadline: February 1, 2019 at 4:00 p.m. (ET)**
---------------------------------------------------------x

### NOTICE (FIRST) OF CLAIMS PREVIOUSLY SATISFIED

### ***CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS IN EXHIBIT A TO THE NOTICE***

TO: HOLDERS OF CLAIMS LISTED ON EXHIBIT A HERETO

PLEASE TAKE NOTICE that you have been identified as the holder of a claim or claims (whether filed or scheduled, a "Claim") against the estate of the above-captioned Reorganized Debtor.

PLEASE TAKE FURTHER NOTICE that, according to the Reorganized Debtors' books and records, the Claims on Exhibit A hereto have been satisfied in full post-petition by payment.

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures of the United States Bankruptcy Court for the District of Delaware and the *Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware*, unless a written response (the "Response") to this notice is (i) filed with the Clerk of

---

[1] The above-captioned reorganized debtor (the "Reorganized Debtor" and, before the effective date of the chapter 11 plan confirmed by the Bankruptcy Court, the "Debtor", and its affiliates, the "Debtors") and the last four digits of its federal tax identification number are as follows: Mac Holding LLC (6682). The mailing address for the Reorganized Debtor is 1855 Blake St., Ste. 200, Denver, CO 80202. The chapter 11 cases of certain affiliates of the Reorganized Debtor have been closed. *See* Case No. 17-12224, D.I. 602.

{BAY:03419168v2}

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 1, 2019 at 4:00 p.m.** (the "Response Deadline"), and (ii) served on the undersigned counsel to Trustee of the Mac Acquisition Plan Trust (the "Plan Trustee"), so that it is actually received by the undersigned counsel to the Plan Trustee on or before the Response Deadline, the Plan Trustee will cause a notation to be made on the Reorganized Debtor's register of claims, prepared by Donlin Recano & Company, Inc., the court-appointed noticing and claims agent in these cases, indicating that your Claim(s) have been previously satisfied or otherwise require no further distribution.

PLEASE TAKE FURTHER NOTICE that if you file a Response and the parties are unable to reach a resolution, a hearing will be held on the matter at a date and time to be determined by the Plan Trustee at its discretion, subject to the Court's availability.

PLEASE TAKE FURTHER NOTICE that the Plan Trustee expressly reserves the right to amend, modify, or supplement this Notice, and reserves all rights, both with respect to the Claims set forth on Exhibit A and to any other general unsecured claims asserted against the Reorganized Debtor's estate, to file objections on a non-substantive or substantive basis with respect to filed proofs of claim.

Dated: January 2, 2019
       Wilmington, Delaware        BAYARD, P.A.

       */s/ Gregory J. Flasser*
       Justin R. Alberto (No. 5126)
       Gregory J. Flasser (No. 6154)
       600 N. King Street, Suite 400
       Wilmington, Delaware 19801
       Telephone: (302) 655-5000
       Facsimile: (302) 658-6395
       Email: jalberto@bayardlaw.com
       gflasser@bayardlaw.com

       -and-

KELLEY DRYE & WARREN LLP
Jason R. Adams (admitted *Pro Hac Vice*)
Dana P. Kane (admitted *Pro Hac Vice*)
Kayci G. Hines (admitted *Pro Hac Vice*)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Counsel to the Plan Trustee of the*
*Mac Acquisition Plan Trust*