# EXHIBIT A

| Creditor | Claim # | Claim Amount[1] | Scheduled Amount | Authority for Payment[2] |
|---|---|---|---|---|
| 2199 NORTH RAINBOW BOULEVARD HOLDINGS LLC | 131.02 | $24,469.88 | $5,130.66 | D.I. 531[3] |
| 7979 MAC LLC | 50004.00 | $0.00 | $961.93 | D.I. 531 |
| 8 X 8 | 1840.00 | $55,230.92 | $37,518.70 | D.I. 531 |
| 307 EAST EDGEWATER AVE LLC | 1804.00 | $21,658.38 | $0.00 | D.I. 531 |
| AMERICAN ZURICH INSURANCE CO | 396.00 | Unliquidated | $0.00 | D.I. 531 |
| AMERICAN ZURICH INSURANCE CO | 395.00 | Unliquidated | $0.00 | D.I. 531 |
| ANN DREVER COTTRELL TRUST | 445.02 | $28,242.36 | $0.00 | D.I. 531 |
| BAYER RETAIL CO LLC | 1827.00 | $34,067.52 | $0.00 | D.I. 531 |
| BRE RETAIL RESIDENTIAL OWNER 1 LLC | 1800.00 | $10,800.53 | $0.00 | D.I. 531 |
| BROADSPIRE SVC INC | 50060.00 | $0.00 | $3,500.00 | D.I. 531 |
| BUYERS EDGE INC | 2095.00 | $4,000.00 | $4,000.00 | D.I. 531 |
| CARIOTO PRODUCE INC | 50072.00 | $0.00 | $4,432.90 | D.I. 47[4] |
| CASAS ADOBES BAPTIST CHURCH | 404.00 | $3,723.64 | $0.00 | D.I. 531 |
| CELLCO PARTNERSHIP DBA VERIZON D/B/A VERIZON WIRELESS | 234.00 | $3,284.40 | $0.00 | D.I. 531 |
| CERRITOS GARP LLC | 1847.02 | $8,355.60 | $0.00 | D.I. 531 |
| CASTLE AND COOKE CORONA CROSSING LLC | 394.02 | $20,594.52 | $0.00 | D.I. 531 |
| CHARLIE SCIARA AND SON PRODUCE CO INC | 50079.00 | $0.00 | $2,526.52 | D.I. 47 |
| CIRCLE CITY PRODUCE INC | 50084.00 | $0.00 | $3,865.86 | D.I. 47 |

---

[1] The Plan Trustee files this Notice indicating satisfaction as to the general unsecured portion of any claim that asserts entitlement to multiple priority levels in the same proof of claim. Nothing herein is intended to affect any secured, administrative or priority unsecured amount asserted in any proof of claim listed herein.

[2] The chapter 11 cases previously were jointly administered under the caption *In re Mac Acquisition LLC et al.*, Case No. 17-12224, before the closure of the cases of certain affiliated debtors. *See* Case No. 17-12224, D.I. 602. The Reorganized Debtor's case currently is administered under the caption *In re Mac Holding LLC*, Case No. 17-12226; however, all docket numbers referenced herein relate to the *Mac Acquisition LLC* docket (No. 17-12224).

[3] *Notice of Filing of Final Schedule of Assumed Contracts and Leases* [D.I. 531] ("D.I. 531").

[4] *Interim Order, Pursuant to Sections 105(a), 363, 507(a)(2), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Payment of Prepetition Claims Arising Under (A) The Perishable Agricultural Commodities Act, (B) The Packers and Stockyards Act, and (C) Section 503(b)(9) of the Bankruptcy Code and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing* [D.I. 47] ("D.I. 47").

| Creditor | Claim # | Claim Amount[1] | Scheduled Amount | Authority for Payment[2] |
|---|---|---|---|---|
| COASTAL SUNBELT PRODUCE LLC | 50090.00 | $0.00 | $18,517.64 | D.I. 47 |
| CONSTELLATION NEWENERGY - GAS DIVISION | 2010.02 | $2,329.52 | $0.00 | D.I. 502,[5] 531 |
| CONSTELLATION NEWENERGY INC | 2011.02 | $21,194.45 | $0.00 | D.I. 502, 531 |
| CBS - CUSTOM BUSINESS SOLUTIONS INC | 2017.00 | $253,683.13 | $153,994.84 | D.I. 531 |
| DATABANK HOLDINGS LTD | 278.00 | $3,185.71 | $1,215.40 | D.I. 531 |
| DUCK DELIVERY OF WASHINGTON INC | 50140.00 | $4,729.57 | $4,729.57 | D.I. 47 |
| DUNBAR ARMORED INC | 364.00 | $466.92 | $0.00 | D.I. 531 |
| ECOLAB INC | 355.03 | $244,851.37 | $0.00 | D.I. 531 |
| ECOLAB INC (PROFESSION) | 50145.00 | $0.00 | $62,452.90 | D.I. 531 |
| ECOLAB INC DBA ECOSURE | 50146.00 | $0.00 | $19,737.90 | D.I. 531 |
| ECOLAB PEST ELIMINATION (PROFESSION) | 50147.00 | $0.00 | $120,695.58 | D.I. 531 |
| EWH ESCONDIDO ASSOCIATES LP | 50164.00 | $0.00 | $6,452.66 | D.I. 531 |
| FIRST MICHIGAN MAC ASSOCIATES LLC | 163.02 | $6,402.92 | $0.00 | D.I. 531 |
| FISHBOWL INC | 341.00 | $44,665.65 | $31,234.41 | D.I. 531 |
| FLUSHING QUAIL LLC | 315.00 | $21,078.90 | $0.00 | D.I. 531 |
| FORESTWOOD FARM INC | 50180.00 | $0.00 | $2,614.04 | D.I. 47 |
| FRANKLIN MACHINE PRODUCTS INC | 50181.00 | $0.00 | $11,723.34 | D.I. 531 |
| FREDERICK WESTVIEW PROPERTIES LLC | 416.00 | $52,603.44 | $0.00 | D.I. 531 |
| FRESHPOINT ATLANTA | 50184.00 | $0.00 | $11,270.75 | D.I. 47 |
| FRESHPOINT CENTRAL CALIFORNIA | 50185.00 | $0.00 | $42,387.19 | D.I. 47 |
| FRESHPOINT CENTRAL FL | 50186.00 | $0.00 | $16,760.3 | D.I. 47 |
| FRESHPOINT CHARLOTTE CORP | 50187.00 | $0.00 | $6,651.76 | D.I. 47 |
| FRESHPOINT DALLAS INC | 50188.00 | $0.00 | $25,625.87 | D.I. 47 |
| FRESHPOINT DENVER INC | 50189.00 | $0.00 | $16,418.41 | D.I. 47 |
| FRESHPOINT NASHVILLE | 50190.00 | $0.00 | $8,295.48 | D.I. 47 |
| FRESHPOINT OF LAS VEGAS | 50191.00 | $0.00 | $6,161.35 | D.I. 47 |
| FRESHPOINT OF SO CA | 50192.00 | $0.00 | $60,025.51 | D.I. 47 |
| FRESHPOINT RALEIGH | 50193.00 | $0.00 | $6,072.61 | D.I. 47 |
| FRESHPOINT SOUTH FLORIDA INC | 50194.00 | $0.00 | $5,323.66 | D.I. 47 |

---

[5] *Stipulation Resolving Objection of Constellation NewEnergy, Inc. and Constellation NewEnergy - Gas Division, LLC to the Notice of Second Supplement to Notice of (i) Possible Assumption of Executory Contracts and Unexpired Leases to be Assumed Under the Plan, (ii) Fixing of Cure Amounts Related Thereto and (iii) Deadline to Object Thereto [D.I. 462]* [D.I. 502] ("D.I. 502").

| Creditor | Claim # | Claim Amount[1] | Scheduled Amount | Authority for Payment[2] |
|---|---|---|---|---|
| FRESHPOINT W COAST FL | 50195.00 | $0.00 | $12,451.84 | D.I. 47 |
| GCS SVC INC DBA ECOLAB EQUIPMENT CARE | 357.00 | $4,793.67 | $5,778.63 | D.I. 531 |
| GCS SVC INC DBA ECOLAB FOOD | 358.00 | $7,072.54 | $0.00 | D.I. 531 |
| GARDA CL SOUTHWEST INC | 50196.00 | $0.00 | $2,580.98 | D.I. 531 |
| GRILLONI LLC | 333.00 | $10,833.33 | $0.00 | D.I. 531 |
| GTT COMMUNICATIONS INC | 50211.00 | $0.00 | $61,553.99 | D.I. 531 |
| HARDING AND CARBONE INC | 161.00 | $19,320.04 | $0.00 | D.I. 531 |
| HARKAN PROPERTIES LLC | 58.00 | $20,722.21 | $0.00 | D.I. 531 |
| HELMSMAN MANAGEMENT SVC LLC | 1990.02 | $66,358.81 | $42,074.97 | D.I. 531 |
| HIP STEPHANIE LLC | 138.00 | $10,593.78 | $0.00 | D.I. 531 |
| IMPACT TELECOM | 50239.00 | $0.00 | $968.33 | D.I. 531 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL INC | 483.00 | $4,474.98 | $0.00 | D.I. 531 |
| KATSIROUBAS BROS | 50266.00 | $0.00 | $3,888.90 | D.I. 47 |
| KENDALLGATE CENTER ASSOC LTD | 481.00 | $28,049.18 | $0.00 | D.I. 531 |
| KIMBALL AND THOMPSON PRODUCE CO INC | 50269.00 | $2,784.03 | $2,784.03 | D.I. 47 |
| KINGSTOWNE TOWN CENTER LP | 237.00 | $23,332.78 | $0.00 | D.I. 531 |
| LA GRASSO BROS INC | 50275.00 | $0.00 | $15,975.48 | D.I. 47 |
| LIBERTY MUTUAL GROUP INC | 50294.00 | $0.00 | $241,338.03 | D.I. 531 |
| LIBERTY MUTUAL INSURANCE CO ET AL | 1993.02 | Unliquidated | $0.00 | D.I. 531 |
| LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS LLC | 279.00 | $41,503.30 | $40,813.30 | D.I. 531 |
| LIQUOR LICENSE.COM | 258.00 | $3,500.00 | $0.00 | D.I. 531 |
| LODGING SOURCE LLC | 50299.00 | $0.00 | $16,838.37 | D.I. 531 |
| LUCERNEX INC | 50302.00 | $0.00 | $22,532.58 | D.I. 531 |
| MACARONI RR 135 PARTNERSHIP LTD | 213.00 | $5,000.00 | $0.00 | D.I. 531 |
| MALL OF GEORGIA LLC | 408.02 | $7,786.33 | $0.00 | D.I. 531 |
| MANZO FOOD SALES INC | 44.00 | $2,978.79 | $1,334.00 | D.I. 531 |
| MOMENTFEED INC | 50330.00 | $0.00 | $10,078.32 | D.I. 531 |
| MORIAH INVESTMENTS LLC | 382.00 | $14,101.64 | $0.00 | D.I. 531 |
| NEGOTIUM TECHNOLOGIES CORP | 438.00 | $28,005.09 | $26,437.50 | D.I. 531 |
| NICHOLAS AND CO INC | 50345.00 | $0.00 | $5,108.42 | D.I. 47 |
| NOVA ASSOCIATES INC | 50349.00 | $0.00 | $819.00 | D.I. 531 |
| NUCO2 INC | 50350.00 | $0.00 | $39,530.52 | D.I. 531 |
| OMILOS 1 LLC | 139.00 | $13,135.42 | $0.00 | D.I. 531 |

| Creditor | Claim # | Claim Amount[1] | Scheduled Amount | Authority for Payment[2] |
|---|---|---|---|---|
| OXFORD VALLEY ROAD ASSOCIATES LP | 25.02 | $42,366.62 | $0.00 | D.I. 531 |
| PAYTRONIX SYSTEMS INC | 133.00 | $2,827.83 | $5,097.10 | D.I. 531 |
| PERFORMANCE AWARD CENTER INC | 277.02 | $35,461.92 | $0.00 | D.I. 531 |
| PHILBROOK AVENUE ASSOC LLC | 182.02 | $9,300.66 | $0.00 | D.I. 531 |
| PFP TEMECULA REAL ESTATE HOLDINGS LLC | 437.00 | $11,107.01 | $0.00 | D.I. 531 |
| PLAYERLYNC LLC | 50370.00 | $0.00 | $18,002.17 | D.I. 531 |
| QUALITY FRUIT AND VEG CO | 50385.00 | $0.00 | $8,663.41 | D.I. 47 |
| RENODIS INC | 425.00 | $30,158.64 | $26,636.25 | D.I. 531 |
| RIVER PARK PROPERTIES II LLP | 180.00 | $16,328.00 | $0.00 | D.I. 531 |
| ROBERT HALF INTERNATIONAL | 50406.00 | $0.00 | $9,686.04 | D.I. 531 |
| ROCKY RIDGE STATION LLC | 414.00 | $21,671.44 | $0.00 | D.I. 531 |
| RODERICK ENTERPRISES | 148.00 | $13,322.49 | $0.00 | D.I. 531 |
| ROYAL CUP INC | 158.02 | $50,907.87 | $6,704.00 | D.I. 531 |
| SHRED_IT USA LLC | 90.00 | $1,035.48 | $440.95 | D.I. 531 |
| SIRNA AND SONS MAINLINE PRODUCE | 50435.00 | $0.00 | $12,317.73 | D.I. 47 |
| SOUTH STREET CENTER LLC | 50441.00 | $0.00 | $4,386.98 | D.I. 531 |
| STANLEY CONVERGENT SECURITY SOLUTIONS INC | 50446.00 | $0.00 | $54,602.84 | D.I. 531 |
| STERN PRODUCE CO INC | 50449.00 | $0.00 | $4128.75 | D.I. 47 |
| SUMMIT GROUP SOFTWARE INC | 264.00 | $10,799.50 | $0.00 | D.I. 531 |
| TALX CORP EQUIFAX WORKFORCE SOLUTIONS | 50458.00 | $0.00 | $4246.93 | D.I. 531 |
| TRANSWORLD ADVERTISING INC | 50483.00 | $0.00 | $1,050.73 | D.I. 531 |
| TRINTECH INC | 50487.00 | $0.00 | $1,423.48 | D.I. 531 |
| THE ULTIMATE SOFTWARE GROUP | 50493.00 | $0.00 | $38,376.00 | D.I. 531 |
| VECTOR SECURITY INTELLIGENT SOLUTIONS LLC | 115.00 | $2,452.98 | $744.91 | D.I. 531 |
| VIRTEVA LLC | 338.00 | $42,047.51 | $32,356.60 | D.I. 531 |
| WIGGLYDOG RE VENTURES LLC SERIES C D/B/A WDRE MG LLC | 50513.00 | $0.00 | $6,960.09 | D.I. 531 |
| WOLF ROAD PARK II LLC | 1823.00 | $47,134.61 | $0.00 | D.I. 531 |